UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MOODY, *et al.*,

        Plaintiffs,

Case No. 12-cv-13593

vs.

HON. GERSHWIN A. DRAIN

MICHIGAN GAMING CONTROL
BOARD, *et al.*,

        Defendants.
_____/

**REQUEST FOR RESPONSE AND ORDER FOR
SUBMISSION AND DETERMINATION OF
MOTION WITHOUT ORAL HEARING**

A motion for leave to amend complaint has been filed by plaintiffs in the above-entitled cause.

Pursuant to Rule 7.1(f)(2) of the Local Rules of the United States District Court for the Eastern District of Michigan, IT IS HEREBY ORDERED that there will be no oral hearing on this motion. A written response shall be filed by April 2, 2013. A reply may be filed as provided in the Local Rules.

                                                   /s/ Gershwin A. Drain
                                                   GERSHWIN A. DRAIN
                                                   UNITED STATES DISTRICT JUDGE

Dated: March 12, 2013

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record
on
March 12, 2013, by electronic and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk